UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NOS.
7:19-CR-00102-FL-1
7:19-CR-00176-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID CRAIG MILAM | **ORDER** |

Before the Court is the Defendant's motion to seal the transcript of the February 8, 2023, evidentiary hearing, filed at D.E. 67–68 in No. 7:19-CR-00102-FL-1 and at D.E. 53–54 in No. 7:19-CR-00176-FL-1. For good cause shown, it is hereby **ORDERED** that this transcript is to be **SEALED** by the Clerk.

The Court specifically finds that the sealing of such entry is necessary to protect important privacy interests and, as such, that the request to seal overcomes both the common law and First Amendment presumption to access such document. Furthermore, the Court finds that no adequate alternative to sealing such entry exists to protect those privacy interests.

**SO ORDERED**.

This the 18th day of August, 2023.

_____
LOUISE WOOD FLANAGAN
United States District Judge